**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Randall Price, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2015-001037

---

**ON WRIT OF CERTIORARI**

---

Appeal From Spartanburg County
The Honorable Deadra L. Jefferson, Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-002
Submitted January 16, 2018 – Filed January 31, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Deputy Chief Appellate Defender Wanda H. Carter, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan M. Wilson and Assistant Attorney General Valerie Garcia Giovanoli, both of Columbia, for Respondent.

**PER CURIAM:**  We granted a writ of certiorari to review the Post-Conviction Relief (PCR) court's dismissal of Randall Price's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**.

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**